Argued and submitted September 11, 1991, conviction affirmed and remanded for resentencing January 8, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RANDALL JAMES ZERN,
*Appellant.*

(90-11422; CA A68417)

822 P2d 161

Richard L. Wolf, Oregon City, argued the cause and filed the brief for appellant.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and De Muniz, Judges.

PER CURIAM

**PER CURIAM**

Defendant seeks modification of the sentence imposed after his conviction for driving under the influence of intoxicants (DUII). ORS 813.010(1). He contends that the court lacked authority to place him on probation. Defendant is correct. In *State v. Oary*, 109 Or App 580, 583, 820 P2d 857 (1991), we held that ORS 813.020 does not authorize probation in DUII cases.

Conviction affirmed; remanded for resentencing.